FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-1178 CAS |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| OSCAR PALACIOS-SANCHEZ | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he will refrain from criminal conduct; ~~see~~ lengthy criminal history_

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will comply w/ conditions of release; illegal status no bail resources_

IT IS ORDERED that defendant be detained.

DATED: 7/9/14

_[signature]_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2