O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR07-1178-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| OSCAR PALACIOS-SANCHEZ, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On August 4, 2014 and August 18, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on March 6, 2011 and July 17, 2014. Government counsel, Cameron Schroeder, the defendant and his appointed DFPD attorney, Nadine Hettle, were present. The U.S. Probation Officer, Will Blankley, was also present. The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions filed on March 6, 2011 and July 17, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 26, 2008.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's Supervised Release is hereby revoked. The defendant is hereby committed to the custody

///

///

1  of the Bureau of Prisons for a term of twelve (12) months and one (1) day, with no
2  supervision to follow.

4  FILE/DATED: August 21, 2014

　　　　　　　　　　　　　　　　　　_____
5  　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　TERRY NAFISI, CLERK


　　　　　　　　　　　　　　　　　　By: ___/S/_____
9  　　　　　　　　　　　　　　　　　　Catherine M. Jeang,  Deputy Clerk

2